## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-20034-CIV-GAYLES/WHITE

**CURTISS L. JEMISON,**
                    **Plaintiff,**

        **v.**

**FLORIDA STATE PRISON; FLORIDA
DEPARTMENT OF CORRECTIONS;
and DR. VIVAS,** *in his official and
individual capacities***,**
                    **Defendants.**
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** came before the Court on Magistrate Judge Patrick A. White's Report re:
Transfer to Correct Venue ("Report") [ECF No. 7] entered on January 8, 2016. Plaintiff Curtiss
L. Jemison filed a Complaint against Defendants Florida State Prison, Florida Department of
Corrections, and "Dr. Vivas" on January 5, 2016. [ECF No. 1]. The matter was referred to Judge
White, pursuant to Administrative Order 2003-19 of this Court, for a ruling on all pretrial, non-
dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 3].
Judge White's Report recommends that the Court transfer this action to the U.S. District Court
for the Middle District of Florida because the Plaintiff is complaining of events that occurred
within that district and because the Plaintiff and all Defendants are located within that district.
*See generally* Report. Objections to the Report were due by January 25, 2016. To date, no objec-
tions have been filed.

A district court may accept, reject, or modify a magistrate judge's report and recommen-
dation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objec-
tion is made are accorded *de novo* review, if those objections "pinpoint the specific findings that

the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). If no objections are filed, the district court need only review the report and recommendation for "clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam); *see also* Fed. R. Civ. P. 72 advisory committee's note. The Court has undertaken this review and has found no clear error in the analysis and recommendations stated in the Report. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report [ECF No. 7] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

This action is **TRANSFERRED** in its entirety to the United States District Court for the Middle District of Florida, pursuant to 28 U.S.C. § 1404.

This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 10th day of March, 2016.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE